# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**DEBRA M.**,
      Plaintiff,

vs.                               CASE NUMBER: 5:17-cv-1359 MAD/TWD

**NANCY A. BERRYHILL,**
*Acting Commissioner of Social Security*
      Defendant.

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Magistrate Judge Dancks' Report and Recommendation (Dkt. No. 17) is **ADOPTED** in its entirety; and the Court further **ORDERS** that the Commissioner's decision is **AFFIRMED** and Plaintiff's complaint **DISMISSED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in the Commissioner's favor and close this case. All of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 28th day of March, 2019.

DATED: March 28, 2019

*[signature]*
Clerk of Court

s/Britney Norton
Britney Norton
Deputy Clerk